**FILED**

06/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0176

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## NO. DA 24-0176

VIRGINIA E. UPCHURCH,

     Petitioner/Appellee,

vs.

JOHANNES C. UPCHURCH

     Respondent/Appellant.

**ORDER GRANTING
APPELLEE'S MOTION TO
EXTEND DEADLINE TO FILE
RESPONSE BRIEF**

UPON CONSIDERATION, of Appellee's Unopposed Motion to Extend Deadline to File Response Brief, good cause appearing,

IT IS HEREBY ORDERED that Appellee's motion is GRANTED, and Appellee shall have up to and including July 14, 2024 to file her response brief.

ELECTRONICALLY SIGNED AND DATED BELOW:

cc:    William J. Lower
       Megan S. Winderl

1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 13 2024